# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **STATES RESOURCES CORP.** | § | **PLAINTIFF** |
| | § | |
| V. | § | CAUSE NO. 1:10cv166-LG-RHW |
| | § | |
| **SAM A. KHANI** | § | **DEFENDANT** |

## ORDER GRANTING DEFAULT JUDGMENT

BEFORE THE COURT is Plaintiff States Resources Corp.'s [7] Motion for Default Judgment, or, in the Alternative, for Entry of Judgment on the Pleadings. The Clerk of Court entered a default against Defendant Sam A. Khani on July 7, 2010. Moreover, it has been shown that he was duly served with the Summons and a copy of the Complaint on May 5, and that he has failed to answer or otherwise appear in this action. Therefore, the Court finds the motion is well taken and should be granted.

The Court further finds that States Resources has sustained the following damages: (1) principal in the amount of Two Hundred Forty-Two Thousand Four Hundred Ninety-Seven Dollars and Eight Cents ($242,497.08), (2) accrued interest in the amount of One Hundred Forty-Four Thousand Six Hundred Seventy-Eight Dollars and Ten Cents ($144,678.10), (3) late charges in the amount of Fifteen Thousand One Dollars and Five Cents ($15,001.05), (4) attorneys' fees in the amount of Twelve Thousand Four Hundred Sixty Dollars and Three Cents ($12,460.03)[1], and (5) advances for preservation of the collateral in the amount of Nineteen Thousand Six Hundred

---

[1] States Resources seeks an additional $6,000 in attorney fees, for which there is no proof. Accordingly, this request is denied.

Forty-Two Dollars and Seventy-Nine Cents ($19,642.79). Accordingly,

**IT IS THEREFORE ORDERED AND ADJUDGED** that for the reasons stated above, Plaintiff States Resources Corp.'s [7] Motion for Entry of Default Judgment, or in the Alternative, for Entry of Judgment on the Pleadings should be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that States Resources shall recover from Defendant Sam A. Khani the sum of Four Hundred Thirty-Four Thousand Two Hundred Seventy-Nine Dollars and Five Cents ($434,279.05) in principal, accrued interest, late charges, attorneys' fees, and advances for protection of the collateral.

**IT IS FURTHER ORDERED AND ADJUDGED** that States Resources shall recover from Khani post judgment interest on the total sum, 0.27 percent, until paid in full. Additionally, States Resources is entitled to recover from Khani its court costs incurred to date.

**IT IS FURTHER ORDERED AND ADJUDGED** that execution or other appropriate process may issue for collection of this judgment.

**SO ORDERED AND ADJUDGED** this the 22nd day of November, 2010.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE